**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ROBIN WATSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 4:26-cv-0275 PLC** |
| | ) | |
| **FRANK BISIGNANO,** | ) | |
| **Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| **Defendant.** | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff Robin Waston's Motion for Attorney's Fees Under the Equal Access to Justice Act (EAJA) [ECF No. 16] and the parties Stipulated Motion for Award of Attorney Fees Under the EAJA [ECF No. 18]

In her original motion, Plaintiff requested an award of $8, 950.70 representing 32.45 hours of attorney work at an hourly rate of $266 and 2.90 hours of paralegal work at the rate of $110 per hour. [ECF Nos. 16 & 16-1]

Plaintiff and Defendant subsequently filed their stipulated motion, in which they "stipulate to a compromise settlement of $8,000.00 in fees pursuant to the EAJA[.]" [ECF No. 18] The parties further stipulate that: (1) the award shall constitute a complete release from and bar to any and all claims Plaintiff may have related to EAJA fees in connection with this action, and (2) the EAJA award is without prejudice to Plaintiff's attorney's right to seek attorney fees pursuant to Social Security Act §206(b), 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. [ECF No. 18] The parties further agree that the award "must be made payable to Plaintiff as the prevailing party" and that "if Plaintiff's counsel ultimately receives an award of attorney fees pursuant to 42 U.S.C. §406(b), he must refund the smaller award to Plaintiff[.]" [ECF No. 18]

After careful consideration,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act [ECF No. 16] is **DENIED as moot.**

**IT IS FURTHER ORDERED** that the parties' Stipulated Motion for Award of Attorney Fees Under the EAJA [ECF No. 18] is **GRANTED**.

**IT IS FINALLY ORDERED** that Plaintiff is awarded EAJA attorney fees in the amount of $8,000, subject to offset for any preexisting debt that Plaintiff owes to the United States. After determining whether Plaintiff owes any debt to the United States that is subject to offset, Defendant is directed to pay the EAJA fees directly to Plaintiff's attorney. If Plaintiff's counsel is subsequently awarded any fees pursuant to 42 U.S.C. §406(b), he shall refund the lesser award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

Patricia L. Cohen
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of October, 2026